IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CORBIN, as Executor of the Estate of Nicholas G. Cody, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CIVIL ACT. NO.  1:10cv596-CSC
| SHERIFF ANDY R. HUGHES, *et al.*, | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the court is defendant Sheriff Andy R. Hughes's motion to dismiss (doc. # 2).  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Based on the plaintiff's response to the defendant's motion to dismiss (doc. # 10), it is

ORDERED and ADJUDGED that defendant Sheriff Andy R. Hughes's motion to dismiss (doc. # 2) be and is hereby GRANTED and defendant Sheriff Andy R. Hughes be and is hereby DISMISSED as a defendant in this case.

Done this 24th day of September, 2010.

                                                  /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE