IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CORBIN, as Executor of the Estate of Nicholas G. Cody, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TASER INTERNATIONAL, INC., )<br>)<br>Defendant. ) | CIVIL ACT. NO.  1:10cv596-CSC<br>(WO) |

**OPINION and ORDER**

Now pending before the court is the November 4, 2011, motion for summary judgment (doc. # 44) filed by the defendant.  Oral argument was held on December 13, 2011.  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Based on the representations made in open court, and for good cause, it is

ORDERED that the defendant's motion for summary judgment (doc. # 44) be and is hereby GRANTED, and that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

A separate judgment will be entered.

Done this 13th day of December, 2011.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE